**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

EDSON PEREIRA SOUZA, JR.,

Petitioner,

v. 9:26-cv-02093 (AMN)

THE PATROL AGENT OF THE WELLESLEY ISLAND BORDER PATROL STATION, *in his/her official capacity*; PETER SUKMANOWSKI, *in his official capacity as Acting Field Director of the Buffalo Field Office U.S. Immigration and Customs Enforcement*; DAVID J. VENTURELLA, *in his official capacity as Acting Director of the Immigration and Customs Enforcement*; MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*; *and* TODD BLANCHE, *in his official capacity as Attorney General of the United States*

Respondents.

---

**APPEARANCES** **OF COUNSEL:**

**GOZEL LAW FIRM PC** **ARIF GOZEL, ESQ.**
1066 Clifton Avenue, Ste. 201
Clifton, New Jersey 07013
*Counsel for Petitioner*

**UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF NEW YORK** **ALEXIS M. OSBORNE, ESQ.**
445 Broadway Assistant United States Attorney
Albany, New York 12207
*Counsel for Respondents*

**Hon. Anne M. Nardacci, United States District Judge:**

**ORDER**

Petitioner Edson Pereira Souza, Jr. ("Petitioner") is a noncitizen who has resided in the United States for over four years. Dkt. No. 1 at ¶ 32. On or about April 6, 2022, Petitioner entered the United States without inspection, admission or parole near Phoenix, Arizona. Dkt. No. 1 at ¶ 31.

On October 4, 2026, United States Customs and Border Patrol ("CBP") agents conducted a traffic stop of a vehicle in which Petitioner was a passenger after determining that the vehicle was registered to a noncitizen of interest and that the driver of the vehicle matched the physical description of that individual. Dkt. No. 5 at 1-2. CBP agents thereafter arrested Petitioner. *Id.* at 2. CBP then transported Petitioner to the Wellesley Border Patrol Station for administrative processing, where CBP agents served Petitioner with a Form I-862 notice to appear, Form I-200 administrative arrest warrant, and Form I-286 notice of custody determination. On November 3, 2026, Petitioner appeared for an individualized bond hearing before an immigration judge, who denied Petitioner's request to be released on bond. Dkt. No. 10 at 1.

After considering submissions from the parties, Dkt. Nos. 1, 5, 7, 10, and 12, the Court grants the Petition for Emergency Writ of Habeas Corpus, Dkt. No. 1 ("Petition"), and orders the immediate release of Petitioner. The Court will issue a written decision setting forth the reasons for this Order in more detail in due course.

Accordingly, the Court hereby

**ORDERS** that the Petition for a writ of habeas corpus, Dkt. No. 1, is **GRANTED**; and the Court further

**ORDERS** that Respondents shall **immediately release Petitioner from custody**; and the Court further

**ORDERS** that Respondents shall certify compliance with this Order by filing a status report by 5:00 p.m. on November 23, 2026; and the Court further

**IT IS SO ORDERED.**

Dated: November 20, 2026
Albany, New York

Anne M. Nardacci
U.S. District Judge